IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD JOHN SALADO, et al.,<br><br>　　　　Defendant.<br> | Case No. 1:19-mc-00054-LJO-EPG<br><br>**ORDER RE: THE UNITED STATES' APPLICATION TO DISMISS WRIT OF GARNISHMENT**<br><br>(ECF No. 11) |
| SHELLEY JO HESTER,<br><br>　　　　Garnishee. | |

On July 19, 2019, the United States filed an application for a writ of garnishment against rent/lease payments Defendant and Judgment Debtor Ronald John Salado's family trust received from investment property. (ECF No. 1.) On September 17, 2021, the United States filed an application seeking to dismiss the July 19, 2019 application for a writ of garnishment. (ECF No. 11.) The Clerk of Court has not yet issued a writ of garnishment and no other parties have appeared in the case. (*See id.*) The United States requests that the Court dismiss the application for writ of garnishment and close the case. (*Id.*)

///

1

The Court construes the United States' application as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Therefore, this action has been dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **September 21, 2021**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE